1838.

HAMILTON
v.
ROBERTS.

upon the other grounds, the defendant is entitled to be discharged from the *ne exeat*.

Order accordingly; and, costs to abide the event.

---

HAMILTON *v.* ROBERTS and others.

---

Where a defendant resides in the province of Nova Scotia, the order to be published for his appearance must be a nine months order.

---

*Sept.* 11,
1838.

*Practice.*
*Non-resi-*
*dent defen-*
*dant.*

MOTION to advertise a non-resident defendant. Mr. *E. P. Hurlbut* suggested that this defendant was a resident of some place in Nova Scotia; and left it to the court to say, whether the order should require an appearance within four or nine months?

THE VICE-CHANCELLOR was of opinion that this case was not embraced by the section of the statute which had reference to " either of the provinces of Canada," and directed the order to run " *within nine months.*"

---

PARKER and others *v.* MOORE.

---

Where a judgment-creditor charges and shows particularly that the defendant has specific property, and it is of a kind that could have been taken in execution at law, he should not have filed a bill: The appointment of a receiver, in such a case, refused.

---

*Sept.* 25,
1838.

*Debtor and*
*creditor.*
*Injunction.*

A judgment-creditor's bill, founded upon the return of a writ of *fieri facias* issued in the year one thousand eight hundred and thirty-five. After the usual allegations, the following clauses, among others, as to property, appeared in the bill:

" Your orators further show and charge the fact to be that